## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

TAREK KENTIA,

     Petitioner,

v.                                          No. CV 11-73 WPJ/CG

RAY TERRY,

     Respondent.

### ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** comes before the Court on the United States Magistrate Judge's *Proposed Findings and Recommended Disposition*, filed on March 14, 2011. (Doc. 9). The Proposed Findings notified the parties of their right to file objections and that failure to do so waives appellate review.[1] To date, no parties have filed objections and the time for doing so has elapsed.

**IT IS THEREFORE ORDERED** that the *Proposed Findings and Recommended Disposition* of the United States Magistrate Judge are adopted by the Court.

**IT IS FURTHER ORDERED** that Respondent's *Motion to Dismiss Without Prejudice*, (Doc. 8), is **GRANTED** and Petitioner's *Verified Petition for Writ of Habeas Corpus*, (Doc. 1), is **DISMISSED WITHOUT PREJUDICE**.

                                   _____
                                   WILLIAM P. JOHNSON
                                   UNITED STATES DISTRICT JUDGE

---

[1] Mr. Kentia was removed to Morocco on January 28, 2011, and the government is not aware of Mr. Kentia's whereabouts in Morocco. (Doc. 8 at 3). Therefore, both the government's Motion to Dismiss and the Magistrate Judge's Proposed Findings were sent to Mr. Kentia's last known address at the Otero County Detention Facility. (*Id.*; Doc. 9)